UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. _05-10031-RGS_ |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| MARIANNE SENATORE | ) | 18 U.S.C. § 1343 (Wire Fraud) |
| | ) | 18 U.S.C. § 1344 (Bank Fraud) |
| | ) | 18 U.S.C. § 1028A (Aggravated Identity Theft) |
| Defendant. | ) | 18 U.S.C. § 2 (Aiding & Abetting) |

## INDICTMENT

The Grand Jury Charges That at All Times Material to This Indictment:

1.     MARIANNE SENATORE, ("SENATORE"), lived in the District of

Massachusetts at Newton.

2.     SENATORE worked for attorney H.H. in the District of Massachusetts at Boston.

## GENERAL ALLEGATIONS

3.     From on or about April 12, 2004 through on or about October 4, 2004,

SENATORE converted to her own use approximately $45,000 from the Citizens Bank account of

HH.

4.     In some instances, SENATORE forged HH's signature on checks purportedly

drawing on HH's bank account, and deposited those checks into SENATORE's own bank

account.

5.     SENATORE also maintained an account with Paypal, a company based in

California, that allows individuals to send and receive monetary payments over the Internet.

6.     During the course of her employment with HH, SENATORE came into possession

of HH's Citizens Bank account number.

7.    SENATORE used HH's bank account number to link SENATORE's Paypal account to HH's bank account, claiming that HH's account was her own account.  By linking HH's bank account to SENATORE's Paypal account, SENATORE was then able to access the Internet in Massachusetts to transfer money from HH's bank account into SENATORE's Paypal account.

8.    Once HH's money was placed in SENATORE's Paypal account, SENATORE used the money for her own purposes.

## COUNTS ONE THROUGH SIX
(Wire Fraud – 18 U.S.C. § 1343)

THE GRAND JURY FURTHER CHARGES THAT:

9.      Paragraphs 1 through 8 are realleged and incorporated by reference as though fully set forth herein.

10.     On or about the date set forth below, in the District of Massachusetts and elsewhere,

### MARIANNE SENATORE

defendant herein, having devised and intending to devise a scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, as follows:

| COUNT | DATE (on or about) | MATTER WIRED |
|-------|--------------------|--------------|
| One | 4/12/04 | Wire transfer of $1,600 from account of HH to SENATORE Paypal account |
| Two | 5/12/04 | Wire transfer of $1,600 from account of HH to SENATORE Paypal account |
| Three | 6/3/04 | Wire transfer of $2,000 from account of HH to SENATORE Paypal account |
| Four | 8/3/04 | Wire transfer of $1,674.64 from account of HH to SENATORE Paypal account |
| Five | 9/20/04 | Wire transfer of $2,000 from account of HH to SENATORE Paypal account |
| Six | 9/29/04 | Wire transfer of $2,000 from account of HH to SENATORE Paypal account |

All in violation of Title 18, United States Code, Sections 1343 and 2.

3

## COUNTS SEVEN THROUGH ELEVEN
(Bank Fraud – 18 U.S.C. § 1344(1))

THE GRAND JURY FURTHER CHARGES THAT:

11.    Paragraphs 1 through 8 are realleged and incorporated by reference as though fully set forth herein.

12.    On or about the dates set forth below, in the District of Massachusetts, the defendant,

### MARIANNE SENATORE

did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain money, funds and other property owned by and under the custody and control of a federally insured financial institution, namely Citizens Bank, through false statements, representations and pretenses, and for the purpose of executing this scheme and attempting to do so, did cause the withdrawal of money from the account of HH without either the account holder's or the bank's permission as follows:

| COUNT | DATE (on or about) | TRANSACTION |
|---|---|---|
| Seven | 6/10/04 | Transfer of $2,500 to Paypal account of SENATORE |
| Eight | 6/25/04 | Transfer of $2,500 to Paypal account of SENATORE |
| Nine | 7/1/04 | Transfer of $4,000 to Paypal account of SENATORE |
| Ten | 8/23/04 | Forged check for $2,000 payable to SENATORE |
| Eleven | 9/22/04 | Forged check for $1,400 payable to SENATORE |

All in violation of Title 18, United States Code, Sections 1344(1) and 2.

4

## COUNT TWELVE
(Aggravated Identity Theft – 18 U.S.C. § 1028A)

THE GRAND JURY FURTHER CHARGES THAT:

13.    Paragraphs 1 through 8 are realleged and incorporated by reference as though fully set forth herein.

14.    From on or about July 16, 2004 through on or about October 4, 2004, in the District of Massachusetts, the defendant

### MARIANNE SENATORE

did knowingly, and with intent to defraud, transfer, possess and use, without lawful authority, a means of identification of another person, to wit: the bank account number of HH, with the intent to commit, and aid and abet or in connection with, a violation of 18 U.S.C. § 1344, Bank Fraud.


All in violation of Title 18, United States Code, Sections 1028A and 2.

A TRUE BILL


FOREPERSON OF THE GRAND JURY


Seth P. Berman
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                    February 8, 2005

Returned into the District Court by the Grand Jurors and filed.


Deputy Clerk              2/9/05
                          @ 3:43pm.

6

📎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II _____    **Investigating Agency** FBI _____

**City** Boston _____    **Related Case Information:**

**County** Suffolk _____    Superseding Ind./ Inf. _____    Case No. _____
                                     Same Defendant _____    New Defendant _____
                                     Magistrate Judge Case Number    _____
                                     Search Warrant Case Number    _____
                                     R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  Marianne Senatore _____    Juvenile    ☐ Yes    ☒ No

Alias Name  _____

Address    388 Langley Road, Newton Center, MA _____

Birth date (Year only):  1955    SSN (last 4 #):  3555  Sex  F  Race:    White _____    Nationality:  USA _____

**Defense Counsel if known:**  _____    **Address:** _____
                                                                      _____

**Bar Number:**    _____

**U.S. Attorney Information:**

**AUSA**  Seth P. Berman _____    **Bar Number if applicable**  629332 _____

**Interpreter:**    ☐ Yes  ☒ No    **List language and/or dialect:**    _____

**Matter to be SEALED:**    ☒ Yes    ☐ No

              ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**    _____

☐ **Already in Federal Custody as**  _____  in  _____ .
☐ **Already in State Custody** _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ **On Pretrial Release:**    Ordered by _____  on  _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    12

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  February 9, 2005    **Signature of AUSA:**  _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Marianne Senatore _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1341 | Wire Fraud | 1-6 |
| Set 2 | 18 U.S.C. § 1344 | Bank Fraud | 7-11 |
| Set 3 | 18 U.S.C. §1028A | Aggravated Identity Theft | 12 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**