UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Action No. 1:05-cr-10031-RBC

UNITED STATES OF AMERICA,

v.

MARIANNE SENATORE,
       Defendant.

### DEFENDANT'S SECOND MOTION TO CONTINUE DETENTION HEARING

N O W   C O M E S defendant, MARIENNE SENATORE, by her counsel, and moves pursuant to 18 USC §3142 (f) for an order continuing the Friday, March 18, 2005 detention hearing to Tuesday, March 22, 2005 at 2:30 PM.  Pre-Trial Services Office Basil Cronin reports that he has contacted issuing authorities but that he has not received a formal response on whether certain out-of-state warrants would be enforced.   AUSA Adam Bookbinder does not object to this motion.  PTSO Basil Cronin agrees to this motion.

    WHEREFORE, the Defense requests a continuance to March 22, 2005 at 2:30 PM.

    Dated this 17th day of March, 2005 at Boston, Massachusetts.

/s/ *Kevin Lawrence Barron*
_____
Kevin Lawrence Barron BBO No. 550712
Counsel to Defendant Senatore
453 Washington Street - 5th Fl.
Boston, MA 02111-1325
Telephone No. 617-482-6368
Cellular No. 617-407-6837
E-mail: k@lawyerbarron.com

ELECTRONIC FILING

Counsel certifies he has caused the parties to be served with a true copy of this motion by CM/ECF on this 10th day of March, 2005. /s/ *Kevin Lawrence Barron*
_____
Kevin Lawrence Barron BBO No. 550712

1