UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Action No. 1:05-cr-10031-RBC

UNITED STATES OF AMERICA,

v.

MARIANNE SENATORE,
      Defendant.

### DEFENDANT'S MEMORANDUM IN SUPPORT OF RELEASE

N O W  C O M E S defendant, MARIENNE SENATORE, by her counsel, and offers this memorandum in support of her release on conditions pursuant to 18 USC §3142 (a)(2) & (c). Ms. Senatore is not subject to the Bail Reform Act's rebuttable presumption in favor of detention for violent crimes and Controlled Substances Act violations. See, 18 USC §3142 (e) & (f)(1).

    Ms. Senatore does not present a particular flight risk and the enumerated factors of the statute argue in favor of release. See, 18 USC §3142 (g). Ms. Senatore is a Massachusetts native with family ties in the District (her mother) and no history of conviction for violent crimes or drug offenses. She does not pose a risk to the safety of any person and conversations with non-supportive family members confirm her history of non-violence. The weight of the Government's evidence, though unknown presently, does not suggest a sentence beyond 37 months if Ms. Senatore accepts responsibility, 48 if she does not. Her record and appearance in state-court proceedings indicates a history of default; but it also indicates that default warrants have been recalled and outstanding debts to the court have been paid.

    There are conditions that assure Ms. Senatore's appearance as required and minimize the risk that she will endanger any person or the community. Based on counsel's conversations with PTSO Basil Cronin, Pre-trial Services does not oppose Ms.

1

Senatore's release on the following conditions: (1) Do not travel outside the New England States; (2) do not obtain or possess a passport; (3) reside where directed by PTS; (4) abide by the conditions of the group home, shelter or other facility; (5) do not accept employment without clearance from PTS; (6) do not use or possess a personal computer; (7) obey the conditions of all state probation; (8) report as directed to PTS and state probation.

Ms. Senatore has a constellation of illnesses that counsel has been able to verify with defendant's sister in law and mother including a neurofibromatosis, a systemic cellulitis infection, joint injuries or conditions that require her to use a cane, a visible infection of the skin on the leg and a variety of other conditions that counsel has still to verify. Her release to treating physicians at MGH for continuing care would make good use of her time on release.

AUSA Adam Bookbinder says that the Government seeks Ms. Senatore's detention based on a record of default. Based on conversations with PTSO Cronin, counsel believes that the warrants in Virginia are based on Ms. Senatore's arrest and charging in this Court.

WHEREFORE, the Defense requests release on conditions.

Dated this 22nd day of March, 2005 at Boston, Massachusetts.

/s/ *Kevin Lawrence Barron*
_____
Kevin Lawrence Barron BBO No. 550712
Counsel to Defendant Senatore
453 Washington Street - 5th Fl.
Boston, MA 02111-1325
Telephone No. 617-482-6368
Cellular No. 617-407-6837
E-mail: k@lawyerbarron.com

ELECTRONIC FILING

Counsel certifies he has caused the parties to be served with a true copy of this motion by CM/ECF on this 22nd day of March, 2005.

/s/ *Kevin Lawrence Barron*

_____
Kevin Lawrence Barron BBO No. 550712