# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                      CRIMINAL NO. 2005-10031-RGS

MARIANNE SENATORE,
       Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

2/9/2005 - Indictment returned.

3/4/2005 - Initial Appearance

3/4 - 3/22/2005 - Government's motion for detention - filing to hearing.

3/10/2005 - Arraignment

3/11 - 4/8/2005 - Excluded as per L.R. 112.2(A)(2)

5/2/2005- Conference held.

5/3 - 7/1/2005 -    Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of July 1, 2005, TWENTY-FOUR (24) non-excludable days will have occurred leaving FORTY-SIX (46) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

May 4, 2005.