UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Action No. 1:05-cr-10031-RBC

UNITED STATES OF AMERICA,

    v.

MARIANNE SENATORE,
        Defendant.

<u>DEFENDANT'S MOTION FOR TEMPORARY RELEASE ON CONDITIONS</u>

N O W   C O M E S defendant, MARIANNE SENATORE, by her counsel, and offers this memorandum in support of temporary release on conditions pursuant to 18 USC §3142 (a)(2) & (c).  Ms. Senatore is not subject to the Bail Reform Act's rebuttable presumption in favor of detention for violent crimes and Controlled Substances Act violations.  See, 18 USC  §3142 (e) & (f)(1).

    Ms. Senatore requests temporary release from detention at MCI Framingham on unsecured bond for the purpose of having surgery with her regular doctors at Massachusetts General Hospital in Boston.  Ms. Senatore requires surgery (a hysterectomy) and other medical care from her regular doctors.  (See attached letter from her doctor.)  Ms. Senatore would be released upon the following terms:  Advance presentation to the Court by her attorneys of a notice from her physicians that surgery or other procedures had been scheduled.  An order of release would issue for the day of the procedure.  Ms. Senatore would then be responsible for bringing herself to her doctors.  At the conclusion of post-operative recovery, Ms. Senatore would be liable to inform the US Marshals Service and the Court that she was being released from hospital care.  Ms. Senatore would then be liable to present herself at US Pre-trial Services for custody.

Ms. Senatore does not present a flight risk and the enumerated factors of the statute argue in favor of release.  See, 18 USC §3142 (g).  Ms. Senatore is a Massachusetts native with family ties in the District (her mother) and no history of conviction for violent crimes or drug offenses.  She does not pose a risk to the safety of any person and conversations with defendant's family confirm her history of non-violence.

Ms. Senatore's conduct on release into Virginia extradition was exemplary.  Virginia sheriff's deputies released her to the curbside on a Friday.  With her brother's help, she appeared the following business day at Pre-trial Services in Boston without incident.

Ms. Senatore has a constellation of other illnesses that counsel has been able to verify from a review of defendant's medical records and conversations with defendant's sister-in-law and mother.  The illnesses include neurofibromatosis, a systemic cellulitis infection, joint injuries that require her to use a cane, a visible infection of the skin on the leg and a variety of other conditions.  Her release to treating physicians at MGH would serve the defendant's health and save the Bureau of Prisons substantial resources.

The government does not to object to this motion Pre-trial Services does not object.  Pre-trial services was unable to respond with its position on the motion.  Counsel notes that Pre-trial has been helpful in attempting to find a living situation for defendant's release, particularly, a halfway house.  Counsel files this motion in view of the scheduled hearing on Thursday, July 21, 2005 and the defendant's willingness to accept temporary release for medical purposes.  If a bed may be found a halfway house as an alternative to release, then defendant is willing to reside in this as an alternative form of pre-trial detention.

WHEREFORE, the Defense requests temporary release on conditions.

Dated this 20th day of July, 2005 at Boston, Massachusetts.

/s/ *Kevin Lawrence Barron*

---
Kevin Lawrence Barron BBO No. 550712
Counsel to Defendant Senatore
453 Washington Street - 5th Fl.
Boston, MA 02111-1325
Telephone No. 617-482-6368
Cellular No. 617-407-6837
E-mail: k@lawyerbarron.com

ELECTRONIC FILING



# FAIRFAX COUNTY SHERIFF'S OFFICE
## Fairfax County, Virginia

### Medical Section

To: Levin-Lawrence-Barron  Fax: 617-517-7711

From: D.E. McClinnon, RN  Date: 5-15-05

Re: Marianne Senatore  Pages: 2

CC:

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Ms. Senatore requested this letter from Dr. Althausen he faxed to your office

*Please note: If you do not receive the number of pages listed, telephone immediately.*

CONFIDENTIALITY NOTICE: This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the recipient names. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemation or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify the transmitting agency by telephone and return the original facsimile to the transmitting agency at the above address via U.S. Mail.

THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS WHOSE CONFIDENTIALITY IS PROTECTED BY STATE AND FEDERAL LAW, ANY FURTHER DISCLOSURE OF THIS INFORMATION WITHOUT PRIOR WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS MAY BE PROHIBITED.

Adult Detention Center          Telephone: (703) 246-4459
Medical Section                 Fax: (703) 691-0520
10520 Judicial Drive
Fairfax, FA 22030

# VINCENT OBSTETRICS & GYNECOLOGY ASSOCIATES

Yawkey Center Fourth Floor Suite 4E
Massachusetts General Hospital
55 Fruit Street
Boston, MA 02114
617-724-6850

## ANNE ALTHAUSEN, MD.

MARIANNE SENATORE
388 LANGLEY ROAD
NEWTON CENTER MA 02459

05/02/2005

Dear Ms. Senatore:

I received your letter from 4/16/05. I am sorry you are going through such a hard time at the moment. I think it is appropriate for you to have a hysterectomy. I would be happy to see you in the office for a visit and discussion. If you are able, please call my secretary, Ondina, at 617-724-6891 to schedule an appointment. If the doctors at the jail need to call themselves, I would be happy to speak with them.

If you have any questions, please don't hesitate to call our office.

Sincerely,

Anne Althausen, M.D.