UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Action No. 1:05-cr-10031-RBC

UNITED STATES OF AMERICA,

    v.

MARIANNE SENATORE,
        Defendant.

<u>DEFENDANT'S MOTION FOR CUSTODIAL TRNASPORT</u>

N O W   C O M E S defendant, MARIANNE SENATORE, by her counsel, and moves for an order directing the United States Marshals Service to transport Ms. Senatore for her pre-operative surgical consultation on September 13, 2005 at 11 o'clock in the morning. (See attached notice of the doctor's appointment.)  This request is made after discussion on record of proceedings before Collings, USMJ, concerning disposition of Ms. Senatore's motion for temporary medical release.  (See "Electronic Clerk's Notes", July 25, 2005.)   Counsel requests that Ms. Senatore be transported for her pre-surgical consultation and then returned to the US Marshall's office for an interview with counsel and USPO Tricia Marcy.  AUSA Seth Berman does not oppose this motion.

WHEREFORE, the Defense requests an order directing defendant's custodial transport.

    Dated this 6th day of September, 2005 at Boston, Massachusetts.

                                    /s./ *Kevin Lawrence Barron*
                                    Kevin Lawrence Barron BBO No. 550712
                                    Counsel to Defendant Senatore
                                    453 Washington Street - 5th Fl.
                                    Boston, MA 02111-1325
                                    Telephone No. 617-482-6368
                                    Cellular No. 617-407-6837
                                    E-mail: k@lawyerbarron.com

    ELECTRONIC FILING

From the office of Drs. Althausen, Bartholomew, Kickham & Ryntz
Nurses: Karen Karpenter, Karen O'Leary, Mo Chase-Powers
Secretary: Ondina Neves

**Massachusetts General Hospital**

# Fax

**To:** ATTN: Kevin Barron  **From:** Ondina Neves
**Fax:** 617-517-7711  **Pages:** 2
**Phone:**  **Date:** 9/1/05
**Re:** Please note that Marianne's appt time has been changed to 11 o'clock

☐ Urgent  ☐ For Review  ☐ Please Comment  ☒ Please Reply  ☐ Please Recycle

● **Comments:** Any question please feel free to give me a call at 617-724-6891

The documents accompanying this fax transmission contain confidential patient information belonging to the sender that is legally privileged. This information intended only for the use of the individual or entity named above. The authorized recipient of this patient information is prohibited from disclosing the information to any other party. If you have received this transmission in error, please notify the sender immediately to arrange for the return of these documents.

Vincent Gynecology-Yawkey Center
Massachusetts General Hospital
Yawkey Center Fourth Floor, Suite E
55 Fruit Street
Boston,MA  02114-2696
617-724-6850


Sept 1, 2005



Marianne Senatore                    **CANCELLATION NOTICE**
388 Langley Road
Newton Center,MA 02459




YOUR CURRENT INFORMATION ACCORDING TO OUR RECORDS:

MGH#: 4166163      DOB: 07/26/1955  TEL: 617-852-0729
INS1: Free Care - Full              INS2:
PCP: Ketema MD,Amsale               RPCP:


This letter is to notify you that your scheduled appointment
with Dr. Anne Althausen  on 09/13/2005 at 09:00AM
has been cancelled.  We apologize for any inconvenience
this may cause.  Please call us at 617-724-6850 to reschedule
this appointment.

Thank You,


Vincent Gynecology-Yawkey Center

**PLEASE NOTE YOUR APPOINTMENT HAS BEEN RE-SCHEDULED TO THE SAME DAY SEPTEMBER 13, 05  AT  11 am  .  IF THIS IS NOT A GOOD TIME FOR YOU, PLEASE CALL  ONDINA  AT 617-724-6891 TO SCHEDULE ANOTHER DATE AND TIME.**