UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                               Action No.1:05-cr-10031-RGS

UNITED STATES OF AMERICA,

    v.

MARIENNE SENATORE,
        Defendant.

DEFENDANT'S MOTION FOR ENLARGEMENT
OF TIME TO OBJECT TO PSR

N O W   C O M E S defendant, MARIENNE SENATORE, by her counsel, and moves for an additional two weeks to object to the September 27, 2005 PSR.  Counsel has filings due today in the First Circuit and has had an exceptional work load over the past two weeks.  He has received Ms. Senatore's comments to the report but has not written a response. Counsel requests an enlargement to October 25, 2005.  AUSA Berman does not object to this motion.  USPO Tricia Marcy was unavailable for comment.

/s/ *Kevin Lawrence Barron*
_____
Kevin Lawrence Barron BBO No. 550712
Counsel to Defendant Senatore
453 Washington Street - 5th Fl.
Boston, MA 02111-1325
Telephone No. 617-482-6368
Cellular No. 617-407-6837
E-mail: k@lawyerbarron.com

ELECTRONIC FILING

1