UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Action No. 1:05-cr-10031-RGS-1

UNITED STATES OF AMERICA,

    v.

MARIANNE SENATORE,
        Defendant.

<u>DEFENDANT'S MOTION FOR TEMPORARY RELEASE ON CONDITIONS</u>

N O W   C O M E S defendant, MARIANNE SENATORE, by her counsel, and offers this memorandum in support of temporary release on conditions pursuant to 18 USC §3142 (a)(2) & (c). Ms. Senatore is not subject to the Bail Reform Act's rebuttable presumption in favor of detention for violent crimes and Controlled Substances Act violations. See, 18 USC §3142 (e) & (f)(1).

    Ms. Senatore requests temporary release from detention at MCI Framingham on unsecured bond for the purpose of a pre-surgical consultation with her regular doctors at Massachusetts General Hospital in Boston on November 21, 2005. Ms. Senatore requires surgery now scheduled for December 1, 2005. (See attached electronic mailing from her doctor's surgical coordinator.) Ms. Senatore would be released for the November 21 pre-surgical consult upon the following terms: An order of release would issue for the morning of November 21, 2005. Ms. Senatore would then be responsible for bringing herself to her 11:30 AM doctors' appointment at Massachusetts General Hospital. At the conclusion of the consultation, Ms. Senatore would be liable to present herself to the US Marshals Service for return to custody. Ms. Senatore is scheduled for a sentencing on the following day. Counsel submits a motion for her post-conviction release to allow surgery and recovery. The motion requests also that she be allowed to self-report to her designated institution.

1

Ms. Senatore does not present a flight risk and the enumerated factors of the statute argue in favor of release. See, 18 USC §3142 (g). Ms. Senatore is a Massachusetts native with family ties in the District (her mother) and no history of conviction for violent crimes or drug offenses. She does not pose a risk to the safety of any person and conversations with defendant's family confirm her history of non-violence. Ms. Senatore has been released before without incident. She was released earlier this year in March into Virginia warrants and returned and reported to Pretrial Services without incident. Ms. Senatore has also been released previously for surgical consult and returned as directed.

The government does not to object to this motion. Pre-trial services does not object to this motion.

WHEREFORE, the Defense requests an order of temporary release on conditions.

Dated this 10th day of November, 2005 at Boston, Massachusetts.

/s/ *Kevin Lawrence Barron*
Kevin Lawrence Barron BBO No. 550712
Counsel to Defendant Marianne Senatore
453 Washington Street - 5th Fl.
Boston, MA 02111-1325
Telephone No. 617-482-6368
Cellular No. 617-407-6837
E-mail: k@lawyerbarron.com

ELECTRONIC FILING

**k@lawyerbarron.com**

---

**From:** Mayor, Alexandra N. [AMAYOR@PARTNERS.ORG]
**Sent:** Monday, October 17, 2005 1:12 PM
**To:** kevin@lawyerbarron.com
**Subject:** re:Appointment Confirmation


To Kevin Barron

To follow is the information re: Marianne Senatore's appointments:

Procedure:12/1 @ 1:00 pm; arrive at 11:00am, Wang 309; no food or drink, including water, after midnight Pre-Admission Testing: 11/21 @ 11:30 am, Jackson Building, 1st Floor, Room 121.
Post-op: 12/14 @ 11:30 am, Yawkey Building , 4th Floor, Suire 4E

If you have any questions, feel free to contact me via e-mail or phone.

Sincerely,

    Alexandra Mayor
    Surgical Coordinator
    Massachusetts General Hospital
    55 Fruit St., YAW 4E
    Boston, MA 02114
    (617) 724-0459
    (617) 724-4707 - fax

> The information contained in this email is intended only for the
> person or entity to which it is addressed and may contain confidential
> and/or privileged material.  Any review, retransmissions,
> dissemination or other use of or taking of any action in reliance
> upon, this information by persons or entities other than the intended
> recipient is prohibited.  If you received this email in error, please
> contact the sender and delete the material from any computer.
>
>