UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Action No. 1:05-cr-10031-RGS-1

UNITED STATES OF AMERICA,

v.

MARIANNE SENATORE,
    Defendant.

## MOTION TO CONTINUE

N O W  C O M E S defendant, MARIANNE SENATORE, and moves for an order continuing her sentencing from November 22, 2005 to November 28th or 29th, 2005.

The final copy of the PSR has not been circulated and additional time is required for the defendant to prepare.

The government does not object to this motion.

Dated this 14th day of November, 2005 at Boston, Massachusetts.

/s/ *Kevin Lawrence Barron*
Kevin Lawrence Barron BBO No. 550712
Counsel to Defendant Marianne Senatore
453 Washington Street - 5th Fl.
Boston, MA 02111-1325
Telephone No. 617-482-6368
Cellular No. 617-407-6837
E-mail: k@lawyerbarron.com

ELECTRONIC FILING

1