UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Action No. 1:05-cr-10031-RGS-1

UNITED STATES OF AMERICA,

    v.

MARIANNE SENATORE,
        Defendant.

MOTION FOR POST-CONVICTION RELEASE UNDER 28 USC §3143

N O W  C O M E S defendant, MARIANNE SENATORE, and moves pursuant to 28 USC §3143 for an order permitting her post-conviction release on conditions to allow surgery and approximately eight weeks' post-operative recovery. Counsel says as follows in support of this motion:

    1.    Ms. Senatore's doctor, Anne Althausen, MD, of Vincent Gynecology, Yawkey Center, Massachusetts General Hospital, has scheduled a surgery for December 1, 2005.  While the Bureau of Prisons has surgical facilities for women at FMC Carswell in Texas, it is most appropriate for Ms. Senatore to have her surgery here.  Ms. Senatore has an array of illnesses and her doctors know her condition and complex medical history.  Probation has been provided with approximately 200 pages of medical records concerning Ms. Senatore's condition.

    2.    Ms. Senatore's record of release from this Court shows she presents no risk of flight and could be sponsored without incident by US Probation.  Ms. Senatore was released into Virginia warrants on March 29, 2005.  (Docket, item

#'s 12 & 13.)  When she finished with the long process of extradition to Virginia, she was released to the curb and reported to USPTS in Boston within 48 hours, as directed.  She was released again by Magistrate Collings for a surgical consultation in September 13, 2005 and returned later that day before 4PM as ordered.  (Docket, item #20.)  Ms. Senatore's pretrial detention has been essentially voluntary for want of a suitable residence.

   3. According to counsel's communications with Dr. Althausen's office, Ms. Senatore would go from surgery to a local nursing home for post-operative recovery.  The recovery period would not likely exceed eight weeks.  In that time, she would release all her information for supervision by US Probation.

   4. The defense proposes that Ms. Senatore be ordered to live where directed, that she execute all medical releases requested, that she report telephonically and direct her care givers to permit entry by Probation at all times.

   5. The government takes no position with respect to this motion.

WHEREFORE, the Defense requests an order of post-conviction release.

   Dated this 14th day of November, 2005 at Boston, Massachusetts.

            /s/ *Kevin Lawrence Barron*
            Kevin Lawrence Barron BBO No. 550712
            Counsel to Defendant Marianne Senatore
            453 Washington Street - 5th Fl.
            Boston, MA 02111-1325
            Telephone No. 617-482-6368
            Cellular No. 617-407-6837
            E-mail: k@lawyerbarron.com

        ELECTRONIC FILING