UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.   CRIMINAL NO. 05-10031-RGS

MARIANNE SENATORE

## NOTICE OF SUMMONS TO APPEAR

STEARNS, DJ.   APRIL 9, 2007

TO:  Ms. Marianne Senatore, 388 Langley Road, Newton, MA 02459

YOU ARE HEREBY SUMMONSED TO APPEAR BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA , ON:

TUESDAY, MAY 1, 2007 AT 3:30 P.M.

TO ANSWER TO A PETITION FILED BY THE UNITED STATES PROBATION OFFICER FOR VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE SET BY THIS COURT.

**FAILURE TO APPEAR ON THE ABOVE DATE AND TIME WILL RESULT IN THE IMMEDIATE ISSUANCE OF AN ARREST WARRANT.**

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

By:   Mary H. Johnson, Deputy Clerk

SENT TO:  Ms. Marianne Senatore; Kevin Barron, Esq.; Seth Berman, AUSA; Nicole Monteiro, U. S. Probation Officer.