Prob12C
(7/93)



# United States District Court
## for the District of Massachusetts
### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Marianne Senatore    **Case Number:** 05-CR10031-01

**Name of Sentencing Judicial Officer:** Honorable Richard G. Stearns, U.S. District Judge

**Date of Original Sentence:** 11/29/05

**Original Offense:** six counts of Wire Fraud in violation of 18 USC §1343
five counts of Bank Fraud in violation of 18 USC 1344(1)
one count of Aggravated Identity Theft in violation of 18 USC 1028a

**Original Sentence:** 25 months imprisonment to be followed by 5 years supervised release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** 12/22/06

**Asst. U.S. Attorney:** To be assigned    **Defense Attorney:** Kevin L. Barron

---

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition of supervision:

**Violation Number**    **Nature of Noncompliance**

I    **Special Condition #1: Upon release from custody, the defendant shall serve one (1) year in the "Women In Transition" Pre-release Center, 197R Elm Street, Salisbury, Massachusetts an obey all the rules and regulations of that facility.**

Marianne Senatore entered the Women In Transition Program on 2/1/07. According to staff at the program, Ms. Senatore was terminated from the program on 3/20/07 for disobeying orders and for pushing an inmate while waiting in line for medications. Ms. Senatore was transported to her residence in Newton, MA.

Prob 12C
U.S. v. Marianne Senatore

- 2 -

**Petition for Warrant or Summons for Offender Under Supervision**

## U.S. Probation Officer Recommendation:

The term of supervision should be:
    [X] Revoked
    [ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

Reviewed/Approved by:

_Brian McDonald_ (signature)
Brian McDonald
Supervising U.S. Probation Officer

By

Respectfully submitted,

_Nicole Monteiro_ (signature)
Nicole Monteiro
U.S. Probation Officer
Date: 4/2/07

## THE COURT ORDERS
[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

_Richard G. Stearns_ (signature)
Signature of Judicial Officer

4-4-07.
Date