

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL DOCKET |
| | * | NO. 05-10031 RGS |
| MARIANNE SENATORE | * | |

### NOTICE OF APPEARANCE OF COUNSEL
### ON BEHALF OF DEFENDANT MARIANNE SENATORE

Now comes the undersigned and files his appearance on behalf of the Defendant, Marianne Senatore.

Respectfully submitted,

/S/ William M. White, Jr.
William M. White, Jr.
BBO#: 546283
William M. White, Jr. and Associates, LLC
One Faneuil Hall Marketplace, Third Floor
Boston, MA  02109
(617) 720-2002