UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                     CRIMINAL NO. 05-10031-RGS

MARIANNE SENATORE

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

STEARNS, DJ.                                                MAY 18, 2007

THE ABOVE-NAMED DEFENDANT APPEARED BEFORE THIS COURT ON MAY 17, 2007 FOR A HEARING ON A VIOLATION OF HER CONDITIONS OF SUPERVISED RELEASE. THE DEFENDANT WAS REPRESENTED BY WILLIAM WHITE, ESQ. THE GOVERNMENT WAS REPRESENTED BY ASSISTANT U. S. ATTORNEY ADAM BOOKBINDER, AND THE PROBATION DEPARTMENT WAS REPRESENTED BY U. S. PROBATION OFFICER NICOLE MONTEIRO. THE DEFENDANT, MARIANNE SENATORE, STIPULATED TO THE VIOLATION CONTAINED IN THE PETITION, AND THIS COURT SO FOUND THAT SHE DID COMMIT SAID VIOLATION. THEREFORE, THE DEFENDANT'S TERM OF SUPERVISED RELEASE IS <u>MODIFIED</u> AS FOLLOWS:

THE DEFENDANT, MARIANNE SENATORE, SHALL SERVE TEN (10) MONTHS IN A COMMUNITY CONFINEMENT CENTER AND OBEY ALL THE RULES AND REGULATIONS OF THAT FACILITY. THIS COURT RECOMMENDS THAT THE DEFENDANT SERVE THAT TERM AT THE

COOLIDGE HOUSE. THE U. S. PROBATION OFFICER SHALL MAKE THE ARRANGEMENTS WITH SAID FACILITY AND NOTIFY THE DEFENDANT WHEN SHE IS TO SELF-REPORT TO THE COMMUNITY CONFINEMENT CENTER.

<u>**ALL OTHER CONDITIONS OF SUPERVISED RELEASE WHICH WERE PREVIOUSLY IMPOSED BY THIS COURT REMAIN IN EFFECT.**</u>

SO ORDERED.

*/s/ Richard G. Stearns*
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE